**Order entered December 21, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01247-CV

## IN RE ROBERT B. READ, JR., Relator

### Original Proceeding from the 366th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 366-81170-06

## ORDER
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    BONNIE LEE GOLDSTEIN
JUSTICE